IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY A. DAVIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES, LLC | : | NO. 02-3852 |

**O R D E R**

AND NOW, this 29th day of July2, 200, it is Ordered that the Rule 16 Scheduling Conference in the above captioned case scheduled on August 5, 2002 is CANCELLED.

ATTEST:                                          or   BY THE COURT


BY:_____           _____
    Carol D. James, Deputy Clerk                   MARY A. McLAUGHLIN,   J.


faxed from chambers 8/29/02:
   Howard Klein, Esq.
mailed from chambers:
   Thomas R. Kline, Esq.
   Matthew A. Casey, Esq.
   Lauren A. Schochor, Esq.

Civ 12 (9/83)