IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY A. DAVIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES, LLC | : | NO. 02-3852 |

**O R D E R**

       AND NOW, this 1st day of August, 2002, it is Ordered that Oral Argument on Plaintiff's Motion to Remand is scheduled on Thursday, August 22, 2002 at 9:30 a.m., U.S. District Court, 601 Market Street, Philadelphia, PA 19106. Counsel should report to the third floor for courtroom assignment.

ATTEST:                           or   BY THE COURT

BY:_____          _____
     Carol D. James, Deputy Clerk               MARY A. McLAUGHLIN,  J.

FAXED FROM CHAMBERS 8/1/02:
   Howard Klein, Esq.
   Lauren A. Schochor, Esq.
   Matthew A. Casey, Esq.
   Thomas R. Kline, Esq.

Civ 12 (9/83)