IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY A. DAVIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES, LLC | : | NO. 02-3852 |

**O R D E R**

   AND NOW, this 7th day of August, 2002, it is Ordered that the oral argument on Plaintiff's Motion to Remand, in the above captioned case scheduled on August 22, 2002, is RESCHEDULED to September 16, 2002, at 9:30 a.m.  Counsel should report to the third floor for courtroom assignment.


ATTEST:            or  BY THE COURT


BY:_____     _____
  Carol D. James, Deputy Clerk      MARY A. McLAUGHLIN,  J.


FAXED FROM CHAMBERS 8/7/02:
 Matthew Casey, Esq.
 Thomas Kline, Esq.
 Howard Klein, Esq.
 Lauren A. Schochor, Esq.

Civ 12 (9/83)