IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY A. DAVIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES, LLC | : | NO. 02-3852 |

## O R D E R

        AND NOW, this 8th day of August, 2002, it is Ordered that the oral argument on Plaintiff's Motion to Remand, in the above captioned case is RESCHEDULED to September 18, 2002, at 9:30 a.m. Counsel should report to the third floor for courtroom assignment.

ATTEST:                                                               or    BY THE COURT

BY:_____                     _____
    Carol D. James, Deputy Clerk                              MARY A. McLAUGHLIN,  J.

FAXED FROM CHAMBERS 8/8/02:
    Matthew Casey, Esq.
    Thomas Kline, Esq.
    Howard Klein, Esq.
    Lauren A. Schochor, Esq.

Civ 12 (9/83)