IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY A. DAVIS, individually,              :
and as executrix of the Estate            :
of JEFFREY C. DAVIS, deceased             :
                                          :
            v.                            :
                                          :
MOTIVA ENTERPRISES, L.L.C.                :          NO. 02-CV-3852
                                          :

ORDER

AND NOW, this _____ day of September, 2002, upon consideration of Plaintiff's Motion for Remand (Docket #3), and the Defendant's Memorandum in Opposition to Plaintiff's Motion to Remand (Docket #5), the Plaintiff's Reply to the Defendant's Opposition (Docket #6) and the parties' oral argument on September 18, 2002, it is hereby Ordered that the Plaintiff's Motion to Remand is Denied for the reasons given in a memorandum of today's date.

                                        BY THE COURT:


                                        _____
                                        MARY A. MCLAUGHLIN, J.