IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY A. DAVIS, ESQ. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES, LLC | : | NO. 02-3852 |

**O R D E R**

AND NOW, this 2nd day of October, 2002, it is Ordered that the Rule 16 Conference, by telephone, in the above captioned case has been RESCHEDULED to 5:00 p.m.

ATTEST:                                                     or   BY THE COURT


BY:_____              _____
        Carol D. James, Deputy Clerk                          MARY A. McLAUGHLIN,  J.


FAXED FROM CHAMBERS 10/2/02:
   Howard Klein, Esq.
   Lauren A. Schochor, Esq.
   Matthew A. Casey, Esq.
   Thomas R. Kline, Esq.
   Paul M. Lukoff, Esq.

Civ 12 (9/83)