```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARY A. DAVIS, individually and      :    CIVIL ACTION
as Executrix of the estate of        :
JEFFREY C. DAVIS                     :
                                     :
            v.                       :
                                     :
MOTIVA ENTERPRISES, L.L.C.           :    NO. 02-3852
                                     :
```

SCHEDULING ORDER

**AND NOW**, this \_\_\_\_\_ day of October, 2002, after a telephone conference among the Court, Plaintiff's counsel and Defendant's counsel on October 8, 2002, this Court hereby orders that:

    1. The parties shall finish fact discovery by March 1, 2003.

    2. Plaintiff's experts' reports shall be submitted to opposing counsel on or before March 15, 2003.

    3. Defendant's experts' reports shall be submitted to opposing counsel on or before April 30, 2003.

    4. The parties shall complete all expert depositions on or before May 15, 2003.

    5. Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed on or before June 15, 2003.

6. A final pretrial settlement conference will be scheduled once the Court reviews any dispositive motions.

7. Trial in the case shall commence on Tuesday, September 2, 2003 at 9:30 a.m.  It is a special listing and all counsel are hereby attached for the trial.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.