IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY A. DAVIS, individually and as Executrix of the estate of JEFFREY C. DAVIS | : | CIVIL ACTION |
| vs. | : | |
| MOTIVA ENTERPRISES, L.L.C. | : | NO. 02-3852 |

## **O R D E R**

      **AND NOW**, this 15th day of October, 2002, it is hereby **ORDERED** that the above-captioned case is SPECIALLY LISTED for trial to commence on Tuesday, September 2, 2003, at 9:30 A.M. in Courtroom to be set, U.S. Courthouse, 601 Market Street, Philadelphia, PA. Trial is expected to last 3 weeks.

Trial counsel are:        Thomas R. Kline, Esq.
                             Paul M. Lukoff, Esq.
                             Matthew A. Casey, Esq.
                             Lauren A. Schochor, Esq.
                             Howard Klein, Esq.

ATTEST:                                             or       BY THE COURT:

_____                           _____
Carol D. James, Deputy Clerk                          MARY A. MCLAUGHLIN, J.

cc:          Counsel
              Thomas J. Clewley, Administrative Services Manager