```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MARY A. DAVIS, individually and    :    CIVIL ACTION
as Executrix of the estate of      :
JEFFREY C. DAVIS                   :
                                   :
            v.                     :
                                   :
MOTIVA ENTERPRISES, L.L.C.         :    NO. 02-3852

### SECOND SCHEDULING ORDER

**AND NOW**, this _____ day of May, 2003, upon the request of both parties, this Court hereby orders that:

    1. Defendant's experts' reports shall be submitted to opposing counsel on or before May 23, 2003.

    2. The parties shall complete all expert depositions on or before June 23, 2003.

    3. Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed on or before July 15, 2003.

    4. A final pretrial settlement conference will be scheduled once the Court reviews any dispositive motions.

    5. Trial in the case shall commence on Monday, September 22, 2003 at 9:30 a.m. It is a special listing and all counsel are hereby attached for the trial.

                            BY THE COURT:

```
                                    _____
                                    MARY A. McLAUGHLIN, J.
```