IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY A. DAVIS, INDIVIDUALLY AND AS EXECUTIX OF THE ESTATE OF JEFFREY C. DAVIS, DECEASED | : : : : | CIVIL ACTION |
| v. | : : | |
| MOTIVA ENTERPRISES LLC | : | NO. 02-3852 |

**O R D E R**

      AND NOW, this 30th day of July, 2003, it is Ordered that a settlement conference in the above captioned case is scheduled on August 1, 2003, at 10:00 a.m.


ATTEST:                                       or    BY THE COURT


BY:_____             _____
     Carol D. James, Deputy Clerk                    MARY A. McLAUGHLIN, J.



FAXED FROM CHAMBERS ON JULY 30, 2003:
        Matthew Casey, Esquire
        Thomas Kline, Esquire
        Howard Klein, Esquire
        Lauren Schochor, Esquire
        Paul Lukoff, Esquire

Civ 12 (9/83)