```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MARY E. DAVIS, INDIVIDUALLY | : | CIVIL ACTION |
| AND AS EXECUTRIX OF THE ESTATE | : | |
| OF JEFFREY C. DAVIS, DECEASED | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES, LLC | : | NO. 02-3852 |

O R D E R

AND NOW, this    day of September, 2003, in accordance with Local Rule of Civil Procedure 41.2, and after a full hearing before this Court on August 1, 2003, it is hereby ORDERED that settlement of the above-captioned matter is approved in accordance with the transcript of the hearing of August 1, 2003.

It is further ORDERED that the case is dismissed with prejudice.

_____
MARY A. MCLAUGHLIN, J.